UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14-cr-00084-JMS-DML |
| JONATHAN MICHAEL ANDERSON (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation [dkt. 55] that Jonathan Michael Anderson=s supervised released be modified, the Court now approves and adopts the Report and Recommendation as the entry of the Court. Counsel for the parties and Mr. Anderson waived the objection period of time in open court. The Court now orders and modifies Mr. Anderson's supervised release to include residing at the Volunteers of America for a period of up to six (6) months with all other terms of supervised release to remain. Mr. Anderson will self-surrender upon designation by the Federal Bureau of Prisons.

SO ORDERED.

Date: February 10, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal